IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT EARL PARTEE II,<br><br>　　　　　Defendant. | 4:20CR3103<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 31), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 16), will be held before the undersigned magistrate judge on April 7, 2021 at 2:00 p.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Two hours have been set aside for this hearing.

3) Trial of this case is continued as to all Defendants pending resolution of any pretrial motions filed.

.

Dated this 3rd day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge